## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

## Case No.: 19-cv-1162-PB

SHAWN MURPHY,

      Plaintiff,

vs.

STRAFFORD COUNTY, SERGEANT
LEONARD NADEAU, LIEUTENANT
DONNA ROY, OFFICER DE SAO JOSE,
OFFICER ELIZABETH BAEZ, OFFICER
JACQUELIN VALENTINE, SCOTT J.
MARSHALL, JOHN S. MORIN, K.
LACASSE, GILBERT F. WILKINS,
BERNADETTE M. CAMPBELL, SARAH M.
PROVENCHER, CYNTHIA A DOMENICI,
DONNA J. DUFRESNE, and JOHN DOES 1-
20,

      Defendants.

_____

## <u>DECLARATION OF CHARLES C. TEALE</u>

I, Charles C. Teale, declare as follows under penalties of perjury:

1.      I am counsel for the Plaintiff in this lawsuit.

2.      I am an attorney admitted to practice in New Hampshire.

3.      I am over 18 years of age and am competent to make this Declaration.

4.      This Declaration is based on my personal knowledge and direct observations.

5.      I make this Declaration in support of Plaintiff's Response to Show Cause Order.

6.      Attached as Exhibit A is a November 1, 2019 letter I emailed to Attorney John
Curran, who was, at the time, counsel for Strafford County. The letter was prepared by my co-
counsel at the time, Robert M. Fojo.

7.     Attached as Exhibit B is a string of emails between Attorney Curran and me from 2019, including the email in which I attached the November 1 letter above.

8.     Attached as Exhibit C is another string of emails between Attorney Curran and me from early 2019.

9.     Attached as Exhibit D is an email and letter the undersigned received from Attorney Curran on November 7, 2019.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on January 27, 2022

_____*/s/Charles C. Teale*___
Charles C. Teale