# EXHIBIT C

**From:** Charles Teale <cteale@tealelaw.com>
**Sent:** Thursday, April 18, 2019 5:16 PM
**To:** John A. Curran <Curran@gcglaw.com>
**Subject:** Re: Murphy, Shawn

Hi John,

I had Shawn draw a diagram of the camera placement in the jailhouse. I thought this may help you understand the location of the cameras and the improtance of obtaining the footage from them. Please see *attched*.

Although all footage is important and should be preserved (see below), of particular importance is the footage from the camera at the end of the hallway leading to the medical department perched above where Shawn was tased for the second time while restrained. Shawn marked the camera on the diagram with the wording "This View Is Important!"

I would like to view all footage from all cameras marked on the diagram.

Lastly, I am also troubled that after the first time Shawn was tackled, pepper-sprayed, and tased, he informed the guards that there was something wrong with his leg, he can clearly be seen limping in the video you have provided, yet he was forced to continue walking on his leg. He informs that during the course of the second takling he heard a "pop" sound in his leg. At that point he reports that he was carried by guards. The failure or refusal to transport him in a wheel chair or on a stretcher may have caused new injuries or exacerbated the initial injury.

*The failure to preserve and retain electronic data as outlined in this notice constitutes spoliation of evidence and will subject your client to legal claims for damages and/or evidentiary and monetary sanctions. Preservation is to be interpreted broadly to maintain the integrity of all documents, data, and tangible things reasonably anticipated to be subject to discovery under Fed. R. Civ. P. 26, 45, and 56(e) in this action. Preservation includes taking reasonable steps to prevent the partial or full destruction, alteration, testing,*

*deletion, shredding, incineration, wiping, relocation, migration, theft, or mutation of such material, as well as negligent or intentional handling that would make material incomplete or inaccessible.*


Charles C. Teale, Esq (#19888)
Teale Law, LLC
1000 Elm Street, Suite 803
Manchester, NH 03101
T: 603-935-7425
F: 888-255-3016

This communication and any files or attachments transmitted with it may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or the entity to which it is addressed.

---

**From:** Charles Teale
**Sent:** Monday, April 15, 2019 2:49:31 PM
**To:** John A. Curran
**Subject:** Re: Murphy, Shawn

No. It is possible that they are using another manufacturer's electroshock device. Taser happens to be the most used brand however. I can't imagine another manufacturer would put out a manual that states it's ok to shock subjects while they are restrained. Regardless, the case law is pretty clear that executing an electroshock on a cuffed subject is excessive force.

Charles C. Teale, Esq (#19888)
Teale Law, LLC
1000 Elm Street, Suite 803
Manchester, NH 03101
T: 603-935-7425
F: 888-255-3016

This communication and any files or attachments transmitted with it may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or the entity to which it is addressed.

---

**From:** John A. Curran <Curran@gcglaw.com>
**Sent:** Monday, April 15, 2019 2:27:24 PM
**To:** Charles Teale
**Subject:** RE: Murphy, Shawn

Provided to Strafford County? John

**John A. Curran, Esq.**
**Dir:** 603.545.3656
**Gen:** 603.228.1181
**Fax:** 603.224-7588
**Email:** curran@gcglaw.com

**From:** Charles Teale <cteale@tealelaw.com>
**Sent:** Monday, April 15, 2019 2:18 PM
**To:** John A. Curran <Curran@gcglaw.com>
**Subject:** Re: Murphy, Shawn

The manual is from the manufacturer.

Charles C. Teale, Esq (#19888)
Teale Law, LLC
1000 Elm Street, Suite 803
Manchester, NH 03101
T: 603-935-7425
F: 888-255-3016

This communication and any files or attachments transmitted with it may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or the entity to which it is addressed.

**From:** John A. Curran <Curran@gcglaw.com>
**Sent:** Monday, April 15, 2019 2:15:46 PM
**To:** Charles Teale
**Subject:** RE: Murphy, Shawn

Charles: I will inquire relative to your questions; what and where is this "taser manual" from? Thx John

**John A. Curran, Esq.**
**Dir: 603.545.3656**
**Gen: 603.228.1181**
**Fax: 603.224-7588**
**Email: curran@gcglaw.com**

**From:** Charles Teale <cteale@tealelaw.com>
**Sent:** Monday, April 15, 2019 1:16 PM
**To:** John A. Curran <Curran@gcglaw.com>
**Subject:** Re: Murphy, Shawn

Hi John,

I spoke to my client. He informs that there are multipe other cameras in the facility that would have captured the incident.

Additionally, he reports that an officer used a Taser on him *after* he was handcuffed. That is absolute excessive force and strictly prohibited in the officer's training and in the Taser manual. See *attached*. I have had this exact issue with other departments in the State and have always faired well.

Any luck on the incident reports or additional video surveillance footage?

Charles C. Teale, Esq (#19888)
Teale Law, LLC
1000 Elm Street, Suite 803
Manchester, NH 03101
T: 603-935-7425
F: 888-255-3016

This communication and any files or attachments transmitted with it may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or the entity to which it is addressed.

**From:** Charles Teale
**Sent:** Friday, April 12, 2019 10:14:09 AM
**To:** John A. Curran
**Subject:** Re: Murphy, Shawn

I would assume for security reasons the facility would have significantly more cameras running. It's 2019. They're cheap. Of course, I know nothing of their security protocol.

It's hard to see that they are trying to force him back into his cell. That's my understanding too, but it doesn't even look like he gets close to a cell door.

Good luck in the depositions today. Talk soon…

Get [Outlook for iOS](#)

**From:** John A. Curran <curran@gcglaw.com>
**Sent:** Friday, April 12, 2019 9:20 AM
**To:** Charles Teale
**Subject:** RE: Murphy, Shawn

4/12/19
Charles: My understanding is that this is the only video coverage/camera for that area, but I will call and confirm (and advise you accordingly). I will also inquire on reports you note, but my understanding is that Mr. Murphy was upset about something, refused to go to his cell, was escorted back to his cell but when they were trying to lock his cell, he began pushing the door back open, came out of the cell and in the ensuing struggle, one of the officers fell onto him (and his leg); again, this is my understanding, but will inquire further. I believe the video catches it, but it's admittedly not clear, nor a good angle. Talk soon (fyi: am in depos a good part of today, so may be next week), thx JOHN

**John A. Curran, Esq.**
**Dir: 603.545.3656**
**Gen: 603.228.1181**
**Fax: 603.224-7588**
**Email: curran@gcglaw.com**

**From:** Charles Teale <cteale@tealelaw.com>
**Sent:** Thursday, April 11, 2019 12:52 PM
**To:** John A. Curran <Curran@gcglaw.com>
**Subject:** Re: Murphy, Shawn

Hi John,

My assistant was able to pull the video up. It's a bit difficult to see the details of what occurred. Is there any video surveillance footage from the lower level area that the incident took place in? Is there any other footage that may be relevant?

Is there and incident report or use of force report or the like?

I'm keenly interested in how my client's leg was broken in this ordeal. The video doesn't seem to tell the tale...


Charles C. Teale, Esq (#19888)
Teale Law, LLC
1000 Elm Street, Suite 803
Manchester, NH 03101
T: 603-935-7425
F: 888-255-3016

This communication and any files or attachments transmitted with it may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or the entity to which it is addressed.

---

**From:** John A. Curran <Curran@gcglaw.com>
**Sent:** Friday, April 5, 2019 1:19:28 PM
**To:** Charles Teale
**Subject:** RE: Murphy, Shawn

Great, that's a plan, thx Charles, JOHN

**John A. Curran, Esq.**
**Dir: 603.545.3656**
**Gen: 603.228.1181**
**Fax: 603.224.7588**
**Email:  curran@gcglaw.com**

---

**From:** Charles Teale <cteale@tealelaw.com>
**Sent:** Friday, April 5, 2019 1:15 PM
**To:** John A. Curran <Curran@gcglaw.com>
**Subject:** Re: Murphy, Shawn

That works for me. I'm pretty loose next week and never have dad duty, so I can accomodate.  :)

Charles C. Teale, Esq (#19888)

Teale Law, LLC
1000 Elm Street, Suite 803
Manchester, NH 03101
T: 603-935-7425
F: 888-255-3016

This communication and any files or attachments transmitted with it may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or the entity to which it is addressed.

**From:** John A. Curran <Curran@gcglaw.com>
**Sent:** Friday, April 5, 2019 1:04:09 PM
**To:** Charles Teale
**Subject:** RE: Murphy, Shawn

As long as I don't have Soccer Dad duty that night, should work; let's trade email on Tues to pick a time……..make sense? JOHN

**John A. Curran, Esq.**
**Dir: 603.545.3656**
**Gen: 603.228.1181**
**Fax: 603.224-7588**
**Email: curran@gcglaw.com**

**From:** Charles Teale <cteale@tealelaw.com>
**Sent:** Friday, April 5, 2019 12:24 PM
**To:** John A. Curran <Curran@gcglaw.com>
**Subject:** Re: Murphy, Shawn

How about Tuesday evening at my office on your pass through? What time?

Charles C. Teale, Esq (#19888)
Teale Law, LLC
1000 Elm Street, Suite 803
Manchester, NH 03101
T: 603-935-7425
F: 888-255-3016

This communication and any files or attachments transmitted with it may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or the entity to which it is addressed.

**From:** John A. Curran <Curran@gcglaw.com>
**Sent:** Friday, April 5, 2019 12:12:17 PM
**To:** Charles Teale
**Subject:** RE: Murphy, Shawn

I have depositions on Thurs and Friday, so mon, tues or weds most likely. I have a big client in Manch and pass through there on my commute, so time and which day is flexible, thx JOHN

**John A. Curran, Esq.**
**Dir:** 603.545.3656
**Gen:** 603.228.1181
**Fax:** 603.224-7588
**Email:** curran@gcglaw.com

---

**From:** Charles Teale <cteale@tealelaw.com>
**Sent:** Friday, April 5, 2019 12:08 PM
**To:** John A. Curran <Curran@gcglaw.com>
**Subject:** Re: Murphy, Shawn

Sure. My court schedule is pretty light next week. What day, time and location were you thinking?

Get Outlook for iOS

---

**From:** John A. Curran <curran@gcglaw.com>
**Sent:** Friday, April 5, 2019 11:36 AM
**To:** Charles Teale
**Subject:** Murphy, Shawn

4/5/19: Charles: I just rec'd copy of the video footage in the mail from SCDOC; do you want to try and coordinate a date/time next week when we can meet and I can deliver this to you? Thx JOHN



**John A. Curran, Esq.**
**Dir:** 603.545.3656
**Gen:** 603.228.1181
**Fax:** 603.224-7588
**Email:** curran@gcglaw.com



*A multidisciplinary law firm*
214 N. Main Street
Concord, New Hampshire 03301
http://www.gcglaw.com

**NOTICE REGARDING PRIVILEGED COMMUNICATION** - The information contained in this electronic message is intended only for the addressee named above. The contents of this electronic message are or may be protected by the attorney-client privilege, work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify John Curran by calling 1.800.528.1181, 603-545-3656 or by email to curran@gcglaw.com.


Shawn Jail Diagram.pdf