# EXHIBIT D

**From:** John A. Curran Curran@gcglaw.com
**Subject:** MURPHY, Shawn
**Date:** November 7, 2019 at 11:38 AM
**To:** Charles Teale cteale@tealelaw.com, rfojo@fojolaw.com
**Cc:** Marianne Kulacz kulacz@gcglaw.com

11/7/19: Counsel: Attached please find correspondence that is also being mailed to you on this date. Thank you, John

**John A. Curran, Esq.**
**Dir: 603.545.3656**
**Gen: 603.228.1181**
**Fax: 603.224-7588**
**Email: curran@gcglaw.com**

**From:** 2ndFlCopyRm2@gcglaw.com <2ndFlCopyRm2@gcglaw.com>
**Sent:** Thursday, November 7, 2019 11:31 AM
**To:** John A. Curran <Curran@gcglaw.com>
**Subject:** Message from KM_458



SKM_458191107 11310.pdf



**JOHN A. CURRAN**

214 N. Main Street
Concord, NH 03301

Ph: (603) 228-1181
Direct: (603) 545-3656
Fax: (603) 224-7588
curran@gcglaw.com

November 7, 2019

**VIA US MAIL & EMAIL: rfojo@fojolaw.com**
Robert M. Fojo, Esq.
Fojo Law, PLLC
264 South River Road, Suite 460
Bedford, NH 03110

**VIA US MAIL & EMAIL: cteale@tealelaw.com**
Charles C. Teale, Esq.
Teale Law
1000 Elm Street, No. 803
Manchester, NH 03101

**Re:   Shawn Murphy**

Dear Counsel:

I have received and acknowledge your demand package (letter and enclosed disc) dated November 1st. Unfortunately, the timing of the package and our disagreement as to the facts and the applicability of the cited law, as well as the amount of the demand, make it unproductive for us to consider a responsive offer at this time -- or the use of early ADR in this matter. I will be leaving on vacation (for 10 days) tomorrow, but would be happy to recommend and discuss waiver and acceptance of service of process for any federal litigation you may file (my handling of state waivers differs slightly), upon my return. Again, thank you for the recent letter and material. I remain,

Very truly yours,

John A. Curran

cc:   Clients (email/pdf)

GALLAGHER, CALLAHAN & GARTRELL, P.C.
www.gcglaw.com