UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Case No.: 19-cv-1162-PB

SHAWN MURPHY,

    Plaintiff,

vs.

STRAFFORD COUNTY, SERGEANT LEONARD NADEAU, LIEUTENANT DONNA ROY, OFFICER DE SAO JOSE, OFFICER ELIZABETH BAEZ, OFFICER JACQUELIN VALENTINE, SCOTT J. MARSHALL, JOHN S. MORIN, K. LACASSE, GILBERT F. WILKINS, BERNADETTE M. CAMPBELL, SARAH M. PROVENCHER, CYNTHIA A DOMENICI, DONNA J. DUFRESNE, and JOHN DOES 1-20,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Shawn Murphy, the Plaintiff in the above-named case, appeals to the United States Court of Appeals for the First Circuit from the Judgment entered in this action on April 11, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | SHAWN MURPHY, |
|  | By His Attorneys, |
|  | TEALE LAW, P.L.L.C. |
| Dated: April 28, 2022 |     */s/ Charles C. Teale* |
|  | Charles C. Teale (#19888)<br>1000 Elm Street, Suite 803<br>Manchester, NH 03101<br>Tel: (603) 935-7425<br>cteale@tealelaw.com |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on April 28, 2022. I also certify that this document is being served this day on counsel for the Defendants via transmission of Electronic Filing generated by CM/ECF and by email.

                                                                               */s/ Charles C. Teale*
                                                            Charles C. Teale (#19888)