# United States Court of Appeals
## For the First Circuit

No. 22-1325

SHAWN MURPHY,

Plaintiff - Appellant,

v.

STRAFFORD COUNTY DEPARTMENT OF CORRECTIONS; LEONARD NADEAU, Sergeant; DONNA ROY, Lieutenant; DE SAO JOSE, Officer; ELIZABETH BAEZ, Officer; JACQUELIN VALENTINE, Officer; BERNADETTE M. CAMPBELL; CYNTHIA A. DOMENICI; ; WILLIAM L. WRENN; MICHAEL A. ZENK, Warden; SCOTT J. MARSHALL; JOHN S. MORIN; KIMBERLY A. LACASSE; GILBERT F. WILKINS; SARAH M. PROVENCHER; DONNA J. DUFRESNE; JOHN DOES 1-20,

Defendant - Appellees,

NH DEPARTMENT OF CORRECTIONS,

Defendant.

**MANDATE**

Entered: August 2, 2024

In accordance with the judgment of July 11, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew V. Burrows
Keelan Forey
Anthony J. Galdieri
Samuel R. V. Garland
Shawn Murphy